DECIDED JANUARY 15, 1930.

## 20173. GILLON *v.* THE STATE.

BLOODWORTH, J. The court erred in overruling the motion for a new trial. The evidence relied upon by the State to corroborate the accomplice in this case, independently of his testimony, does not directly connect the accused with the commission of the crime, nor does it tend to show his participation therein. *Childers* v. *State*, 52 *Ga.* 106; *McCrory* v. *State*, 101 *Ga.* 779 (28 S. E. 921); *Taylor* v. *State*, 110 *Ga.* 150 (3), 154 (35 S. E. 161); *Baker* v. *State*, 14 *Ga. App.* 578 (4) (81 S. E. 805).

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 15, 1930.

*R. C. Jenkins, E. R. Lambert,* for plaintiff in error.
*Joseph B. Duke, solicitor-general,* contra.